IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| TEXAS PATENT IMAGING LLC <br><br> Plaintiff, <br><br> vs. <br><br> LEICA CAMERA, INC. et al <br><br> Defendants. | Case No: 2:16-cv-00358-JRG-RSP <br><br> LEAD CASE |
| TEXAS PATENT IMAGING LLC <br><br> Plaintiff, <br><br> vs. <br><br> CASIO COMPUTER CO. LTD; and CASIO AMERICA, INC. <br><br> Defendants. | Case No: 2:16-cv-00355-JRG-RSP <br><br> CONSOLIDATED CASE |

**ORDER**

On this day the Court considered the Unopposed Motion to Dismiss Casio Computer Co. LTD and Casio America, Inc. It is therefore ORDERED that all claims by Texas Patent Imaging, LLC against Casio Computer Co., Ltd. and Casio America, Inc. are hereby DISMISSED WITHOUT PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees.

**SIGNED this 10th day of June, 2016.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE